THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL SANGALLI, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:03CV00403(CFD) |
| JOHN ASHCROFT<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, UNITED STATES<br>DEPARTMENT OF JUSTICE | : |
| Defendant. | : October 15, 2003 |

**MOTION ON CONSENT FOR PRIVACY ACT PROTECTIVE ORDER**

Defendant respectfully requests the entry of the attached Privacy Act Protective Order. Plaintiff's counsel consents to the entry of the attached Order.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

Patrick F. Caruso
Assistant United States Attorney
Federal Bar Number: ct17984
157 Church Street
P.O. Box 1824
New Haven, CT 06510

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 15th day of October, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Ave.
Derby, CT  06418

```
_____
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
```