THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL SANGALLI,                        :
                                      :
         Plaintiff,                   :
                                      :
    v.                                :   CIVIL NO. 3:03CV00403(CFD)
                                      :
JOHN ASHCROFT                         :
ATTORNEY GENERAL OF THE               :
UNITED STATES, UNITED STATES          :
DEPARTMENT OF JUSTICE                 :
                                      :
         Defendant.                   :   October 15, 2003

## MEMORANDUM IN SUPPORT OF PRIVACY ACT PROTECTIVE ORDER

The parties anticipate disclosing documents that are or may be encompassed by the Privacy Act of 1974, 5 U.S.C. Sec. 552a. In order to permit the dislosure and use of relevant information without undermining the purposes of the Privacy Act, upon motion, defendant, with the consent of plaintiff's counsel, seeks a protective order pursuant to the Privacy Act, 5 U.S.C. § 552a(b)(11) and Fed.R.Civ.P. 26(c).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

Patrick F. Caruso
Assistant United States Attorney
Federal Bar Number: ct17984
157 Church Street
P.O. Box 1824
New Haven, CT  06510

1

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 15th day of October, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Ave.
Derby, CT  06418

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY