03cv403 m for proto

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL SANGALLI,  :
   :
       Plaintiff,  :
   :
  v.  :   CIVIL   NO.  3:03CV00403(CFD)
   :
JOHN ASHCROFT  :
ATTORNEY GENERAL OF THE  :
UNITED STATES, UNITED STATES  :
DEPARTMENT OF JUSTICE  :
   :
       Defendant.  :   October 15, 2003

### MOTION ON CONSENT FOR PRIVACY ACT PROTECTIVE ORDER

Defendant respectfully requests the entry of the attached Privacy Act Protective Order. Plaintiff's counsel consents to the entry of the attached Order.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

Patrick F. Caruso
Assistant United States Attorney
Federal Bar Number: ct17984
157 Church Street
P.O. Box 1824
New Haven, CT  06510

*Granted by agreement. So ordered.* [handwritten, 10/4/0?]

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

1