THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL SANGALLI,           :
                         :
        Plaintiff,       :
                         :
    v.                   :      CIVIL   NO. 3:03CV00403(CFD)
                         :
JOHN ASHCROFT            :
ATTORNEY GENERAL OF THE  :
UNITED STATES, UNITED STATES :
DEPARTMENT OF JUSTICE    :
                         :
        Defendant.       :

## PRIVACY ACT PROTECTIVE ORDER

The defendant, with consent of plaintiff's counsel, has submitted a motion for a protective order in this action pursuant to Rule 26(c). This is an employment discrimination action wherein the parties may be required to disclose information which is or may be encompassed by the Privacy Act of 1974, 5 U.S.C. § 552a. In order to permit the disclosure of information relevant to the subject matter of this case without making this information public and thus undermining the purpose of the Privacy Act, pursuant to 5 U.S.C. § 552a(b)(11) and Rule 26(c), Fed.R.Civ.P., it is hereby Ordered as follows:

1. The parties are authorized to disclose to each other and to this Court Privacy Act information, which includes records subject to the Privacy Act, including all documents and derivative information so designated by the producing or originating party.

1

2. Documents obtained by plaintiff from sources other than defendant are not Privacy Act information subject to this protective order.

3. Information that is believed to be subject to the Privacy Act shall be so designated as follows: documents will be so designated in writing; and deposition transcripts by indicating on the record or by subsequent writing.

4. If a party disputes such designation or contends that such designation should have been made when it was not made, the parties may submit the matter to the Court for resolution, but only if counsel for the parties are unable to resolve their differences informally.

5. Documents containing Privacy Act information shall be held in strict confidentiality and may be used solely for purposes of this litigation. The parties, their counsel, and those employed by them shall limit the making of copies of such records to those necessary to their activities in pursuing the litigation. Documents containing Privacy Act information and all copies shall be returned to the producing party within 60 days of the termination of this litigation, including any appeals.

6. Privacy Act information may be disclosed only to the following persons, who must be informed of the terms of this Protective Order prior to disclosure:

(a) The parties to this litigation, their attorneys of

record, and persons regularly in the employ of such attorneys having a need for the information in the performance of their duties;

(b) Testifying or consulting expert witnesses and those regularly in their employ having a need for the information in the performance of their duties;

(c) Deposition witnesses, potential deposition witnesses, trial witnesses, potential trial witnesses, and attorneys for potential deposition and trial witnesses; and

(d) Court reporters used in connection with this action and those regularly in their employ having a need for the information in the performance of their duties.

7. Should either party wish to disclose Privacy Act information to any persons except those indicated in paragraph 5 above, counsel for the opposing party shall be advised. If the opposing party does not consent to the disclosure, then the party seeking disclosure may, on motion, seek modification of this Order from the Court.

8. Documents containing Privacy Act information shall be filed with the Court accompanied by a motion to seal, pursuant to the Local Rules, and maintained under seal by the Clerk of the Court.

9. Nothing in this Protective Order affects the right of the parties to confer with counsel with respect to any Privacy Act

information, nor does this Protective Order constitute any agreement or ruling as to the discoverability or admissibility of any document or information.

SO ORDERED

_December 4_, 2003

~~[signature]~~
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE