THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL SANGALLI,

       Plaintiff,

       v.                    CIVIL NO. 3:03CV00403(CFD)

JOHN ASHCROFT
ATTORNEY GENERAL OF THE
UNITED STATES, UNITED STATES
DEPARTMENT OF JUSTICE

       Defendant.          October 15, 2003

United States District Court
District of Connecticut
FILED AT HARTFORD
12/4/03
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

**MEMORANDUM IN SUPPORT OF PRIVACY ACT PROTECTIVE ORDER**

The parties anticipate disclosing documents that are or may be encompassed by the Privacy Act of 1974, 5 U.S.C. Sec. 552a. In order to permit the dislosure and use of relevant information without undermining the purposes of the Privacy Act, upon motion, defendant, with the consent of plaintiff's counsel, seeks a protective order pursuant to the Privacy Act, 5 U.S.C. § 552a(b)(11) and Fed.R.Civ.P. 26(c).

                                  Respectfully submitted,

                                  KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY

                                  Patrick F. Caruso
                                  Assistant United States Attorney
                                  Federal Bar Number: ct17984
                                  157 Church Street
                                  P.O. Box 1824
                                  New Haven, CT 06510

1

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 15th day of October, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Ave.
Derby, CT  06418

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY