UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 16 P 2:00
U.S. DISTRICT COURT
HARTFORD, CT

PAUL SANGALLI,

    Plaintiff,

v. : CIVIL NO. 3:03CV00403(CFD)

JOHN ASHCROFT
ATTORNEY GENERAL OF THE
UNITED STATES, UNITED STATES
DEPARTMENT OF JUSTICE

    Defendant. : January 8, 2004

**JOINT STATUS REPORT**

The parties submit this joint status report in compliance with the Court's December 22, 2003 Order.

I. Nature of the Case

This is an employment discrimination case in which the plaintiff, a former correctional officer at FCI Danbury, seeks economic and non-economic damages. There are no other related pending actions and no pending motions. It will be tried to a jury.

II. Discovery

Discovery is not complete. A request for modification of the scheduling order has been filed herewith.

III.  Settlement

There has been no settlement conference conducted in this case. The parties do not believe a settlement conference would be productive at this time.

IV.  Trial Preparation

The trial memorandum is due to be filed 90 days after the close of discovery or 30 days after a decision on any dispositive motion filed by either party, whichever is latter. The case is scheduled to be ready for trial 45 days after the joint trial memorandum is filed.

Respectfully submitted,

FOR THE PLAINTIFF,

*/s/*

SAMUEL RIZZITELLI, JR.
26 PRINDLE AVE.
DERBY, CT 06418
(203) 736-9800
FEDERAL BAR NO. ct20079

FOR THE DEFENDANT,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
CHIEF, CIVIL DIVISION

PATRICK CARUSO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
(203) 773-5373 facsimile
FEDERAL BAR NO. ct17984