UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL SANGALLI,                :
                              :
        Plaintiff,            :
                              :
    v.                        :   CIVIL   NO.  3:03CV00403(RD,DCT.
                              :
JOHN ASHCROFT                 :
ATTORNEY GENERAL OF THE       :
UNITED STATES, UNITED STATES  :
DEPARTMENT OF JUSTICE         :
                              :
        Defendant.            :   January 8, 2004

*FILED 2004 JAN 16 P 2:00 U.S. DISTRICT COURT HARTFORD, CT.*

*GRANTED. It is so ordered. Christopher F. Droney, U.S.D.J. Hartford, CT 1/16/04*

### JOINT MOTION FOR EXTENSION OF TIME

The parties hereby requests the following limited modification of the pre-trial deadlines. Specifically, the parties request that scheduling order be modified as follows: Depositions of expert witnesses must be completed by June 15, 2004 and dispositive motions are due August 1, 2004. This is the first extension sought of the foregoing deadlines. The extension is necessary for the following reasons:

In its margin endorsement of the parties proposed Form 26(f), the Court ordered that expert reports would be due by April 30, 2004. This date, however, is unworkable when read in conjunction with the other dates provided for in the approved Form 26(f). For example, the deadline for dispositive motions is also April 30, 2004. If expert reports are disclosed on April 30, 2004, the parties will need time after the disclosure of the