UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL SANGALLI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:03CV00403(CFD) |
| | : | |
| JOHN ASHCROFT | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES, UNITED STATES | : | |
| DEPARTMENT OF JUSTICE | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff, Paul Sangalli, and the

Defendant, John Ashcroft, Attorney General of the United States, by and through their

respective attorneys, that the above-captioned action shall be dismissed with prejudice,

and each party, except as otherwise stated in the Stipulation for Compromise

Settlement, will bear its own fees, including attorney's fees, costs and expenses,

including litigation expenses.